# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julius Lee Jackson, | No. CV 1-08-1406-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| State of California, et al., | |
| Defendants. | |

Plaintiff's Motion to Disqualify District Judge (doc. # 16) is a repetition of the same motion (doc. # 14), which was previously denied. (Doc. # 15.) The new motion will be denied for the same reason.

IT IS ORDERED that Plaintiff's Motion to Disqualify District Judge (doc. # 16) is denied.

DATED this 1st day of May, 2009.

_____
Neil V. Wake
United States District Judge